AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Xinis, Paula | United States District Court, District of Maryland | 12/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 1/1/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States District Court
6500 Cherrywood Lane
Suite 400
Greenbelt, MD 20770

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | 1st Vice President | The Federal Bar Association |
| 2. | Trustee | Trust #1 |
| 3. | Member, Board of Directors | Bujuuko Foundation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Xinis, Paula | 12/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Xinis, Paula | 12/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Xinis, Paula | 12/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Cent. Municipal Fund | A | Dividend | J | T | Sold | 09/27/17 | | | |
| 2. Bank of America Cash Accounts | A | Interest | N | T | | | | | |
| 3. Fidelity Advisor Intermediate Muni Fund | A | Dividend | J | T | Buy | 09/27/17 | | | |
| 4. Fidelity Advisor Municipal Fund | A | Dividend | J | T | Sold | 09/27/17 | | | |
| 5. Fidelity Advisor Strategic Real Return Fund | A | Dividend | J | T | | | | | |
| 6. FPA Crescent Portfolio | A | Dividend | J | T | Sold | 09/26/17 | J | A | |
| 7. Franklin Mutual Quest Fund | A | Dividend | J | T | | | | | |
| 8. Hartford World Bond Class Fund Y | A | Dividend | J | T | | | | | |
| 9. Invesco Global Real Estate Income Fund | A | Dividend | J | T | | | | | |
| 10. IShares TR Core | A | Dividend | J | T | Buy | 09/26/17 | J | A | |
| 11. Liberty National Life Ins., whole life. | | None | L | T | | | | | |
| 12. Maryland 529 Investment Portfolio 2021 | B | Dividend | K | T | | | | | |
| 13. Nuveen Limited Term Municipal Bond Fund | A | Dividend | J | T | | | | | |
| 14. Osterweis Strategic Income Fund | A | Dividend | J | T | Sold | 09/26/17 | J | A | |
| 15. Real Estate #1 within Trust #1 (Frederick, Maryland) | | None | M | W | | | | | |
| 16. Templeton Global Total Return Fund Advisor Class | A | Dividend | J | T | Sold | 04/18/17 | | | |
| 17. T Rowe Price Tax Free High Yield Fund | A | Dividend | J | T | Buy | 09/26/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Xinis, Paula | 12/11/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Vanguard Extended Market Interest Fund | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I submit this corrected version of my 6/14/2018 report

A. The following investments were inadvertently included in this reporting period. These investments were acquired on the dates indicated by the parentheticals after the investment name: Federated Government Oblig Service (acquired 5/1/2018); Fidelity Advisor New Insights Fund (acquired 5/31/2018), IShares TR Global Reit (acquired 6/1/2018); JOHCM Intl Select Fund Cl 1 (acquired 5/31/18); Oakmark Fund Adv Class (acquired 5/31/18); Prime Cap Odessy Stock Fund (acquired 5/31/18). The reason for this error is that I had consulted the wrong brokerage statement (dated 6/2018) instead of the correct statement (dated 12/2017) when preparing the initial report. Additionally, none would be eligible for inclusion in any event because the aggregate amount of income did not exceed $200 or the aggregate value did not exceed $1000 at the end of the reporting period.

B. The following funds have been deleted in this amended report because the aggregate amount of income did not exceed $200 or the aggregate value did not exceed $1000 at the end of the reporting period:  Goldman Sachs ETF Tractuvebeta US Large,  and PIMCO Commodity Real Ret Strategy Fund

C. The reporting code for income realized on the American Century Municipal Fund and the  Hartford World Bond Fund Class Y has been changed from "C" to "A,"  and the reporting code for the Nuveen limited Term Municipal Bond Fund has changed from "D" to "A" because the income during the reporting period for each investment was $1000 or less. This was an inadvertent error.

D.  The original report misnamed the Templeton fund.  This amended Report changes the name from Templeton Global Bond Fund to Templeton Global Total Return Fund Advisor Class to most accurately reflect the investment held during this reporting period.

D.  Finally, I have indicated which investments were bought and sold during the reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paula Xinis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544